*E-Filed 10/17/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECULATIVE PRODUCT DESIGN, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MEHRAM FARDIS, et al., <br><br> Defendants. | Case No.: C 11-02440 RS <br><br> [~~PROPOSED~~] ORDER RE: STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE *FEDERAL RULES OF CIVIL PROCEDURE* |

1  Having considered the parties' Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii)
2  of the Federal Rules of Civil Procedure, the Court hereby orders that this action be dismissed in
3  its entirety, with prejudice, with each party to bear its/his own attorneys' fees and costs.
4  IT IS SO ORDERED, ADJUDICATED and DECREED this __17th__ day of October,
5  2011.

*[signature]*

HON. RICHARD SEEBORG
United States District Court Judge for the
Northern District of California

- 2 -
[~~PROPOSED~~] ORDER