1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*E-Filed 10/17/11*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECULATIVE PRODUCT DESIGN, INC., | Case No.: C 11-02440 RS |
| Plaintiff, | [PROPOSED] ORDER RE: STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE *FEDERAL RULES OF CIVIL PROCEDURE* |
| vs. | |
| MEHRAM FARDIS, et al., | |
| Defendants. | |

1          Having considered the parties' Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii)

2   of the Federal Rules of Civil Procedure, the Court hereby orders that this action be dismissed in

3   its entirety, with prejudice, with each party to bear its/his own attorneys' fees and costs.

4          IT IS SO ORDERED, ADJUDICATED and DECREED this __17th_ day of October,

5   2011.

6

7

8   HON. RICHARD SEEBORG
    United States District Court Judge for the
9   Northern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
[PROPOSED] ORDER